# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RICO DUKES, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:17-CV-2509-D |
| ) | |
| WHITEHOUSE, WASHINGTON DC, ) | |
|     Defendant. ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

By separate judgment, plaintiff's action is being dismissed as frivolous.

**SIGNED** December 27, 2017.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE